No. 203. MATTHEW LOWE *v.* BENJAMIN E. DYSON, U. S. MARSHAL and

No. 204. WILLIAM P. MCCARTHY *v.* BENJAMIN E. DYSON, U. S. MARSHAL. Error to the District Court of the United States for the Southern District of Florida.

Argued January 19, 1925. Decided January 26, 1925. *Per Curiam.* Affirmed, upon the authority of *Riddle* v. *Dyche*, 262 U. S. 333, 335; *Goto* v. *Lane*, 265 U. S. 393, 401. *Mr. Merwin S. Bobst* for plaintiffs in error. *Solicitor General Beck* and *Assistant Attorney General Donovan* for the United States.